**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO. 23-134 (DSD/JFD)**

| | |
|---|---|
| Deidre L. Mason,<br><br>        Plaintiff,<br>v.<br><br>Veterans of Foreign Wars Post 9625,<br><br>        Defendant. | **ORDER** |

The Notice of Voluntary Dismissal with prejudice, having been presented to the Court on behalf of the Plaintiff, (Doc. No. 4), IT IS ORDERED that the above-entitled action be and the same hereby is dismissed with prejudice and on the merits, and without costs, disbursements, or attorney fees to any party.

Dated: January 23, 2023

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court